IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. |
| | ) | |
| v. | ) | 18 U.S.C. § 641 |
| | ) | (Theft of Government Property) |
| BASIT CHAUDHARY | ) | |
| Defendant | ) | |

INFORMATION

THE UNITED STATES CHARGES:

COUNT ONE
(18 U.S.C. § 641)

THEFT OF GOVERNMENT PROPERTY

At all times relevant to this Information:

1. Defendant, BASIT CHAUDHARY, was a Supervisory Program Manager in the Employment and Training Administration (ETA) of the United States Department of Labor (the Labor Department), a department and agency of the United States.

2. Defendant CHAUDHARY worked in the ETA's Office of Technology, which is located in the District of Columbia. The Office of Technology procures information technology, including computers and support services, for ETA.

3. Defendant CHAUDHARY's official responsibilities included evaluating and ordering computers and other information technology goods and services and ensuring that the Labor Department's ETA expenditures and purchases were used only for official purposes.

4. On various occasions beginning on or about March 2003 through on or about September 2003, in the District of Columbia and elsewhere, defendant BASIT CHAUDHARY did knowingly and willfully steal and wrongfully convert to his own use and the use of others things of value of the United States and the Labor Department's ETA valued in excess of $1,000, that is, defendant CHAUDHARY stole and converted to his own use and the use of others twelve laptop computers belonging to the Labor Department's ETA valued at approximately $24,000.

All in felony violation of Title 18, United States Code, Section 641.

NOEL L. HILLMAN
Chief, Public Integrity Section

By: _____
NANCY L. SIMMONS
Trial Attorney
Public Integrity Section
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-1412