CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   )
　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　) Criminal Case No. 05-397
　　　　　　　　　　　　　　　)
BASIT CHAUDHARY　　　　　　)

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
　　　　　　　　　Defendant

_____
　　　　Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____　　　Date: Dec. 15, 2005
Judge John D. Bates