UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 05-397 |
| | ) | |
| BASIT CHAUDHARY | ) | |

**FILED**

DEC 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, **BASIT CHAUDHARY**, the above-name defendant, who is accused of

Theft of Government Property
18 USC 641

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **December 15, 2005** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: \_\_\_Dec. 15, 2005\_\_\_
Judge John D. Bates