UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 05-397 |
| ) | |
| v. ) | 18 U.S.C. § 641 |
| ) | (Theft of Government Property) |
| BASIT CHAUDHARY, ) | |
| ) | |
| Defendant ) | |

FILED
DEC 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FACTUAL BASIS FOR PLEA

FILED
NOV 03 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Introduction

At all times relevant to this proceeding:

1. Defendant BASIT CHAUDHARY was the Division Chief for Network Operations for the Office of Technology of the Employment and Training Administration (ETA), United States Department of Labor (the Labor Department). The defendant was appointed to his position on or about February 2002 and was employed at a GS 15, Step 10, salary level.

2. The defendant CHAUDHARY'S official responsibilities with ETA included evaluating and procuring computers and other information technology goods and support services; overseeing the administration of contracts; managing network security; and ensuring that expenditures and purchases were used only for official and authorized purposes. The defendant supervised a staff of over twenty ETA employees and contractors, including program managers and analysts, engineers, and computer and procurement specialists.

3. From on or about April 2002 to on or about August 2003, the defendant CHAUDHARY purchased numerous laptop computers, sometimes directly by using his government credit card and

other times by instructing his subordinates to purchase the computers by purchase order. These laptop computers were the property of the United States.

4. During the period from approximately January 2003 through June 2003, most of the new laptop computers that the defendant CHAUDHARY purchased directly or through ETA staff were stored in the defendant's ETA office.

The Thefts

5. In early May 2003, the defendant CHAUDHARY took two new laptop computers that were still in their shipping boxes from ETA. The defendant arranged, with the help of his brother, to sell these two laptop computers to a friend for $4,704.

6. After his sale of the two computers, between mid-May and August 2003 the defendant CHAUDHARY stole four new laptop computers from ETA. The defendant subsequently sold these four computers to private persons.

7. On one occasion in June 2003, the defendant CHAUDHARY took six new laptop computers that were still in their unopened cartons from ETA. To remove the six computers, the defendant asked an ETA contractor to get a cart and load the computers onto the cart. When the computers were on the cart, the defendant and the contractor brought the cart to the Labor Department's garage and loaded the six computers into the defendant's car.

8. On October 1, 2003, ETA referred this matter to the Labor Department's Office of Inspector General.

9. On October 6, 2003, while on annual leave, the defendant CHAUDHARY purchased six laptop computers using his personal credit card and had them shipped to ETA. On October 7, 2003, the defendant called one of his subordinates in ETA, told him that six laptop computers

would be arriving soon at the ETA office, said that these were the six laptop computers that the defendant had taken from ETA in June 2003, and asked him to tell the defendant's supervisor about the shipment.

10. The loss to the Government from the defendant CHAUDHARY'S theft of twelve laptop computers from the Labor Department's ETA was over $10,000 and under $30,000.

RESPECTFULLY SUBMITTED,

FOR THE DEFENDANT:

*[signature]*
BASIT CHAUDHARY
Defendant

10-31-2005
Date

*[signature]*
WILLIAM J. HARDY
Counsel for the Defendant
Kleinfeld, Kaplan & Becker
1140 Nineteenth Street, NW
Suite 900
Washington, DC 20036-6606
Tel: (202) 223-5120

31 October, 2005
Date

FOR THE UNITED STATES:

NOEL L. HILLMAN
Chief
Public Integrity Section

By: *[signature]*
NANCY L. SIMMONS
Trial Attorney
Public Integrity Section
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
Tel: (202) 514-1412

Nov. 2, 2005
Date

3