U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

DEC 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         :

v.

*Basit Chaudhary*                :     Case No. 05-cr-397

                                 :

                                 :

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __15th__ day of __December, 2005__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __Dec. 15, 2005__ by __Special Agent Titus Better, DoL__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

COURT ~~DEFENSE~~ COUNSEL

DOJ-USA-16-1-80