IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-397 |
| | ) | |
| v. | ) | 18 U.S.C. § 641 |
| | ) | (Theft of Government Property) |
| BASIT A. CHAUDHARY | ) | |
| Defendant | ) | |

## JOINT MOTION TO RESCHEDULE SENTENCING

At the request of the United States Probation Office, counsel for the United States and counsel for defendant Basit A. Chaudhary jointly request that the defendant's sentencing be postponed until April 7, 2006. It is currently scheduled for March 7, 2006.

On approximately December 28th, 2005, the defendant was sentenced in Fairfax District Court, Fairfax, Virginia, to twenty days of incarceration as a result of his guilty plea to Driving Under the Influence. He was therefore unable to meet with Probation Officer Rene L. Moses-Gregory until recently, and we have been advised that a one-month postponement of his sentencing will be of assistance to the Probation Office in this matter.

Respectfully submitted,

FOR THE UNITED STATES:                FOR THE DEFENDANT:

NOEL L. HILLMAN
Chief
Public Integrity Section

By: _____
NANCY L. SIMMONS
Trial Attorney, Public Integrity Section
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-1412

_____
WILLIAM J. HARDY
Counsel for the Defendant
Kleinfeld, Kaplan & Becker
1140 Nineteenth Street, NW, S. 900
Washington, DC 20036-6606
(202) 223-5120