IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-397 |
| | ) | |
| v. | ) | 18 U.S.C. § 641 |
| | ) | (Theft of Government Property) |
| BASIT A. CHAUDHARY | ) | |
| Defendant | ) | |

## MOTION TO RESCHEDULE SENTENCING

Counsel for the United States respectfully requests that the sentencing for defendant Basit A. Chaudhary that is currently scheduled for April 7, 2006, be postponed due to a scheduling conflict. Counsel for the defendant concurs in this request.

Counsel for the United States has been asked to participate in a two-day conference on election crimes sponsored by the Federal Bureau of Investigation in Denver, Colorado. The conference will continue until the evening of April 6. A postponement of the defendant's sentencing will assist the Government in this matter.

Respectfully submitted,

FOR THE UNITED STATES:

ANDREW LOURIE
Acting Chief
Public Integrity Section

By: _____
NANCY L. SIMMONS
Trial Attorney, Public Integrity Section
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005 (202) 514-1412