PROB 12A-DC
(Rev 03/07)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. **Basit Chaudhary**　　　　　　　　　　Docket No.: **CR-05-397**

**FILED**

### REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Supervised Release)

FEB 11 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW **Crystal Burston**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Basit Chaudhary**, who was placed on Supervised Release by the Honorable John D. Bates, United States District Judge, sitting in the Court at Washington, D.C., on the **19** day of **April**, **2006**, who fixed the period of Supervised Release at **three** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1) Pay a $100 special assessment;
2) Serve four months home confinement and pay for the cost;
3) Incur no new credit;
4) Disclose all financial information;
5) Pay $8,069 in restitution at a rate of no less than $224 per month;
6) Pay a $2000 fine;
7) Complete alcohol treatment; and
8) Obtain of prior approval before becoming self employed.

Basit Chaudhary appeared before the Honorable John D. Bates, on April 19, 2006, after having entered a plea of guilty to Theft of Government Property, in violation of 18 U.S.C. § 641. He was sentenced to four months jail followed by three years supervised release. Supervision commenced on October 24, 2006, and is due to expire on October 23, 2009.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violations of Supervised Release

1. **Mr. Chaudhary engaged in new criminal conduct. (Standard Condition)**

2. **Mr. Chaudhary failed to obey the instructions of the probation officer. (Standard Condition)**

3. **Mr. Chaudhary failed to notify the probation officer within 72 hours of his arrest. (Standard Condition)**

**Basit Chaudhary**
**Docket No.: CR-05-397**
**Page 2**

Respectfully submitted,

*[signature: Crystal Burston]*

Crystal Burston
United States Probation Officer
(202) 565-1429

Approved By:   *[signature: Ervin Bell]*

       Ervin Bell, Supervising
       United States Probation Officer

PRAYING THE COURT WILL ORDER a hearing on violation of Supervised Release with voluntary appearance of **Basit Chaudhary**. Should Your Honor concur, the attached order has been prepared.