UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Basit Chaudhary**              Docket No.: **CR-05-397**

**FILED**
**FEB 1 1 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**REQUEST FOR COURSE OF ACTION**

PRAYING THE COURT WILL ORDER a hearing on violation of Supervised Release with voluntary appearance of **Basit Chaudhary** on before the Court ___ / ✓ Magistrate Judge _Facciola_ on March 14, 2008 at 9:30 a.m.

**ORDER OF COURT**

Considered and ordered this ___11th___ day of ___February___, 2008.

_____
John D. Bates
United States District Judge