UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Basit Chaudhary**                                   Docket No.: **CR-05-397**

FILED

MAR 12 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL reschedule the hearing from March 14, 2008, to _20th_ day of _June_, 2008, at _9:30a_, before Magistrate Judge Facciola.

### ORDER OF COURT

Considered and ordered this ___15th___ day of ___March___, 2008.

_____
John M. Facciola
United States Magistrate Judge