UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      v.                                      Cr. No. 05-397 (JDB/JMF)

**BASIT CHAUDHARY,**

      Defendant.

## ORDER

There appears to be confusion whether the attorney listed on the docket, William Hardy, Esq., remains as counsel of record for the defendant. The docket does not reflect that a motion to withdraw has been filed. **IT IS THEREFORE ORDERED** that, by July 3, 2008, Mr. Hardy file, in writing, a statement as to whether he represents the defendant and whether he has filed or will file a motion to withdraw his appearance. The Court notes that this matter is set for a hearing on July 7, 2008.

                                                               _____/S/_____
                                                               JOHN M. FACCIOLA
                                                               UNITED STATES MAGISTRATE JUDGE

Dated: June 23, 2008