UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 05-CR-397 (JDB/JMF) |
| | ) | |
| BASIT CHAUDHARY | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

I, William J. Hardy, of the law firm of Kleinfeld, Kaplan and Becker, LLP, 1140 Nineteenth Street, N.W., Suite 900, Washington, DC 20036, respectfully requests this Court to allow our withdrawal as counsel for Defendant Basit Chaudhary in the above-referenced criminal action.

The undersigned apologizes to the Court for any inconvenience at the Preliminary Revocation Hearing before the Honorable Court on June 23, 2008, as a result of our not having filed our Motion for Leave to Withdraw prior to the Hearing.

We ended our representation with Mr. Chaudhary's sentencing before Judge Bates two years ago, on April 19, 2006, and twice notified the Probation Office and Mr. Chaudhary of this situation by letter. On June 30, 2008, the undersigned attorney spoke by telephone with Mr. Chaudhary and he confirmed that he agrees with this Motion and has no objection to our withdrawal as counsel.

2

We apologize again for any inconvenience caused to the Court and other parties, and respectfully request that undersigned counsel be allowed to withdraw as counsel for Mr. Chaudhary

Respectfully submitted,

_____/S/_____
William J. Hardy, Esq.
Kleinfeld, Kaplan and Becker, LLP
1140 Ninteteenth Street, N.W.
Suite 900
Washington, DC  20036
202/223-5120
whardy@kkblaw.com

Dated: June 30, 2008

Serve Nancy L. Simmons, Esq.
    Public Integrity Section
    U. S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, DC   20530-0001