

FILED

SEP 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Chaudhary, Basit**                                                            Docket No.: **05-CR-397**

**REQUEST FOR COURSE OF ACTION**

PRAYING THE COURT WILL ORDER that the special conditions of Basit Chaudhary supervised release be modified to include the defendant be placed on home detention with sobreitor for a period of sixty days and abide by all the requirements of the program which will include electronic monitoring or other location verification system. During this time the defendant shall be restricted to his place of residence except for activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any "call forwarding", "Caller I.D.", "call waiting", modems, answering machines, cordless telephones, or other special services for the above period. The defendant will pay the costs of the electronic monitoring portion of this sentence not to exceed the daily contractual rate. Payment for the electronic monitoring shall be on a schedule as directed by the probation officer.

The defendant shall not consume alcohol during the remaining period of supervision.

**ORDER OF COURT**

Considered and ordered this ____15____ day of ___September___, 2008.

_____
**John M. Facciola**
**United States Magistrate Judge**